IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN GREGORY WILLIAMS, ) | No. C 13-0528 LHK (PR) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| v. ) | |
| ) | |
| ) | |
| UNKNOWN, ) | |
| ) | |
| Defendant. ) | |

On February 6, 2013, Plaintiff, a California state prisoner, filed a letter with the Court, which initiated these proceedings. (Doc. No. 1.) On February 19, 2013, Plaintiff filed a motion to dismiss without prejudice. (Doc. No. 5.)

Plaintiff may voluntarily dismiss his complaint with or without order of this Court. *See* Fed. R. Civ. P. 41(a)(1)(A), (a)(2). Because no opposing party has been served, Plaintiff's letter requesting to dismiss these proceedings is construed as a "notice of dismissal," and requires no order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(I). Accordingly, this action is DISMISSED. The Clerk of the Court shall terminate all pending motions and deadlines and close the file. The Clerk is also directed to send an electronic copy of Plaintiff's original letter (Doc. No. 1), and a copy of this order to the courtroom deputy of Judge Thelton Henderson.

IT IS SO ORDERED.

DATED:  3/11/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.13\Williams528VolDis.wpd